IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**AIDA EUGENIA ELIAMAN ZARKIN**                              **PLAINTIFF**

v.                                          **CIVIL ACTION NO. 3:07cv491 HTW-LRA**

**AMFIRST INSURANCE COMPANY,
MORGAN-WHITE ADMINISTRATORS,
INTERNATIONAL, AND JOHN DOES 1
THROUGH 10**                                                **DEFENDANTS**

**FINAL AGREED ORDER OF DISMISSAL**

Before the Court is the joint *ore tenus* motion by Plaintiff Aida Eugenia Eliaman Zarkin and Defendants AmFirst Insurance Company and Morgan-White Administrators International, Inc. to dismiss Civil Action No. 3:07cv-491-HTW-LRA. The Court, having been advised that the parties have reached settlement of this matter and an agreement to dismiss Civil Action No. 3:07cv-00491 HTW-LRA, finds that the motion is well taken and should be granted.

**IT IS, THEREFORE, ORDERED** that Civil Action No. 3:07cv491 HTW-LRA is hereby dismissed, with prejudice, as to Defendants AmFirst Insurance Company and Morgan-White Administrators International, Inc., with all parties to bear their own costs of litigation, including attorney's fees.

**ORDERED** on this the 31st day of October, 2007.

s/ HENRY T. WINGATE
CHIEF UNITED STATES DISTRICT JUDGE

**AGREED TO AND APPROVED BY:**

 /s/Reid Bruce, with permission
Reid Stuart Bruce (MSB No.101006)
GILMER LAW FIRM
7712 Old Canton Road
P.O. Box 919
Madison, MS  31130-0919

Telephone: (601) 898-4491
Facsimile: (601) 898-9830

*Counsel for* Plaintiff
Aida Eugenia Eliaman Zarkin


 */s/David F. Maron*
David F. Maron (MSB No. 10170)
BAKER, DONELSON, BEARMAN
CALDWELL & BERKOWITZ PC
4268 I-55 North, Meadowbrook Office Park
Jackson, MS  39211
Telephone:  (601) 351-2400
Facsimile:   (601) 351-2424

*Counsel for* Defendants
AmFirst Insurance Company and
Morgan-White Administrators
International, Inc.


Civil Action No. 3:07-cv-491 HTW-LRA
Final Agreed Order of Dismissal